IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KONG PHENG VUE,

           Plaintiff,           JUDGMENT IN A CIVIL CASE

v.                                  13-cv-243-bbc

ECHO BRIDGE HOME ENTERTAINMENT,

           Defendant.

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Echo Bridge Home Entertainment dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

| /s/ | 9/12/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |